IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY F. ISBELL                                                             PLAINTIFF

V.                      CIVIL ACTION NO. 3:06CV055-B-A

LINDA F. EVANS, KENNETH W.
KING, ET AL.                    DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that defendant Linda F. Evans' motion to amend the answer is **DENIED**;

that the plaintiff's motion to remand is **GRANTED**; and

that this case is hereby **REMANDED** to the Circuit Court of Tippah County, Mississippi.

This, the 30th day of March, 2007.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**